**Order entered January 10, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00925-CR

### EUGENE CAMARILLO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F15-24066-Y

## ORDER

The reporter's record in this appeal was originally due November 22, 2016. By postcard dated November 23, 2016, we notified court reporter Vearneas Faggett to file the reporter's record by December 22, 2016. To date, the reporter's record has not been filed and we have had no correspondence from Ms. Faggett.

We **ORDER** court reporter Vearneas Faggett to file the reporter's record in this appeal within **TEN DAYS** of the date of this order. Should Ms. Faggett fail to do so, the Court will utilize its available remedies which include abating the appeal for a hearing in the trial court or ordering that Ms. Faggett not sit until the reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Elizabeth Frizzell, Presiding Judge, Criminal District Court No. 7; to Vearneas Faggett, official court reporter of Criminal District Court No. 7; and to all counsel.


/s/      ADA BROWN
           JUSTICE